UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN LIU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; JOHN AND JANE DOES 1-10, individuals;<br><br>　　　　Defendant. | Civil Action No. 2:18-cv-01862-BJR<br><br>ORDER GRANTING STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S UNOPPOSED MOTION FOR LEAVE TO PERPETUATE DEPOSITION TESTIMONY |

THIS MATTER, having come before the undersigned Judge of the above-entitled Court, upon Defendant State Farm Mutual Automobile Insurance Company's Unopposed Motion for Leave to Perpetuate Deposition Testimony, and the Court having reviewed the following documents:

1. Defendant State Farm Mutual Automobile Insurance Company's Unopposed Motion for Leave to Perpetuate Deposition Testimony;

2. Declaration of Heather M. Jensen in Support of State Farm's Unopposed Motion for Leave to Perpetuate Deposition Testimony;

ORDER GRANTING STATE FARM'S UNOPPOSED MOTION
FOR LEAVE TO PERPETUATE
DEPOSITION TESTIMONY - 1
(2:18-cv-01862-BJR)
4817-5174-4439.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

and the Court being fully advised in all matters does herewith,

**ORDER, ADJUDGE, AND DECREE** that Defendant State Farm Mutual Automobile Insurance Company's Unopposed Motion for Leave to Perpetuate Deposition Testimony is GRANTED. The video perpetuation deposition of Dr. Klein may occur on March 26, 2020, and State Farm may perpetuate by video the depositions of Drs. Linda Wray, James Blue, and Dean Shibata on April 23 and 27, 2020 in the event the trial date is continued, or at a time mutually convenient to the parties.

Dated this 13th day of March, 2020.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

BY: *s/ Heather M. Jensen*
    Heather M. Jensen, WA Bar No. 29635
    Attorney for Defendant State Farm

ORDER GRANTING STATE FARM'S UNOPPOSED MOTION
FOR LEAVE TO PERPETUATE
DEPOSITION TESTIMONY- 2
(2:18-cv-01862-BJR)
4817-5174-4439.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020