UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN LIU,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18−cv−01862−BJR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW PERPETUATION DEPOSITION OF DR. LAOHAPRASIT** |

This matter comes before the Court on the Plaintiff's Motion to Allow Perpetuation Deposition of Dr. Laohaprasit to which Defendant has no objection. The Court hereby ORDERS that the Plaintiff's Motion to Allow Perpetuation Deposition of Dr. Laohaprasit is GRANTED. Plaintiff shall be allowed to perpetuate Dr. Laohaprasit's deposition in lieu of his appearing live or via videoconferencing software at trial.

Dated this 22nd day of January 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge