UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN LIU, | Civil Action No. 2:18-cv-01862-BJR |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | **[CLERK'S ACTION REQUIRED]** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; JOHN AND JANE DOES 1-10, individuals; | |
| Defendant. | |

## STIPULATION

IT IS HEREBY stipulated and agreed by all parties hereto, through their undersigned

attorneys of record, that all claims asserted by Plaintiff against Defendants in the above-entitled

action may be dismissed with prejudice without an award of additional attorney fees or costs to

any party.

Dated this 13th day of June, 2022.

LE & KITTLESON

/s/ Edward K. Le
Edward K. Le, WSBA #27086

/s/ Jean Jorgensen
Jean Jorgensen, WSBA #34964

Dated this 13th day of June, 2022.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Heather M. Jensen
Heather M. Jensen, WA Bar No. 29635

/s/ Sarah D. Macklin
Sarah. D. Macklin, WSBA # 49624
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - 1
(USDC 2:18-cv-01862-BJR)

4869-5547-2157.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

1

2
_/s/ Michael Kittleson_
Michael Kittleson, WSBA #49628

3

4
Attorneys for Plaintiffs

5

6
Dated this 13th day of June, 2022.

7
CENTRAL LAW FIRM

8

9
_/s/ Young Choi_
Young Choi, WSBA #25905
of Attorneys for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF DISMISSAL - 2
(USDC 2:18-cv-01862-BJR)

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4869-5547-2157.1

1

## ORDER

2          Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that all claims of

3     Plaintiff against Defendants in the above-entitled matter are dismissed with prejudice and

4     without attorney fees or costs to any party.

      DATED this 14th day of June, 2022.


                                              _____
                                              Barbara Jacobs Rothstein
                                              U.S. District Court Judge


8     Presented by:

11    LE & KITTLESON                              LEWIS BRISBOIS BISGAARD & SMITH, LLP

12

13    _s/ Edward K. Le_____           _/s/ Heather M. Jensen_____
      Edward K. Le, WSBA #27086                   Heather M. Jensen, WA Bar No. 29635

14

15    _/s/ Jean Jorgensen_____          _/s/ Sarah D. Macklin_____
16    Jean Jorgensen, WSBA #34964                  Sarah. D. Macklin, WSBA # 49624
                                                   Attorneys for Defendant
17

      _/s/ Michael Kittleson_____
18    Michael Kittleson, WSBA #49628
      of Attorneys for Plaintiffs
19

20    CENTRAL LAW FIRM

21

22    _/s/ Young Choi_____
      Young Choi, WSBA #25905
23    of Attorneys for Plaintiffs

24

25